## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:                          :

                              :

AMERICAN SECURITY GUARDS, INC.:          04-11633

                              : CASE NO. ~~04-011633~~ESL

   Debtor(s)                    : **Chapter 11**

                              :

_____:

### OPINION AND ORDER

This case is before the court on the motion to dismiss (dkt. #105) filed by Franklin Castillo Ulloa and Guillermo A. Castillo ("Castillo") and the opposition thereto by the debtor (dkt. #s 106,122). Castillo alleges that the debtor has not declared all assets and liabilities and that the institution filing the petition is not a corporation registered in the Puerto Rico Department of State. The debtor opposes basically stating that it has operated as a corporation under the stated name and explained the allegations re misstating the assets and liabilities. The contested matter came before the court for an actual hearing on May 1, 2007. At the hearing the issues regarding the declaration of assets and liabilities were adequately explained. The only issue pending a decision was whether or not the filing entity is a corporation duly authorized to file a petition in bankruptcy. At the May 1, 2007 hearing the court granted the parties thirty days to file legal memoranda on the issue. The debtor filed its memorandum on June 19, 2007 (dkt. #122). Castillo has not filed a memorandum in support of his position.

The relevant facts to this contested matter are uncontested. The debtor filed a chapter 11 petition on November 12, 2004, under the name of American Security Guards Inc. American Security Guards Inc. does not appear registered as a corporation in the Puerto Rico Department of State. The corporation that appears registered is American Security Guards <u>Services</u> Inc.

The evidence presented at the May 1, 2007 hearing showed that the difference in the name has not had any effect on the business of the corporation. The debtor under the name of American Security Guards Inc. has filed corporate tax returns with the Puerto Rico Treasury Department. The Puerto Rico treasury Department filed a proof of claim listing as debtor American Security Guards Inc. The employer tax returns filed with the Internal Revenue Service have been filed under the name of American Security Guards Inc. The returns for workmen's compensation filed with the State Insurance Fund have been filed under the name of American Security Guards Inc. The property tax returns filed with the Centro de Recaudación de Ingresos Municipales have been filed under the name of American Security Guards Inc. The annual declarations with the Puerto Rico Department of State have been filed under the name of American Security Guards Inc. The source of funds to submit a plan are accounts receivables with government agencies. The contracts with the government agencies and which are the subject of several pending adversary proceedings are under the name of American Security Guards Inc.

Clearly, there is no reason or intent to file the instant petition under the name of a corporation not duly registered with the Puerto Rico State Department to adversely affect any party. Contrariwise, the filing of the petition is to realize the corporate assets to pay creditors. The facts of this case differ sharply with the ones before the court in the case of Sport International, Inc.(Sport International), case number 03-09956, wherein this court, in what may initially appear to be similar circumstances, dismissed the petition. See dkt. # 101 in case number 03- 09956, affirmed by the U.S. District Court on appeal in case number 04-1997. See dkt. Number 26 in case number 04-1997. In the Sport International case the court ultimately dismissed the petition for unreasonable likelihood of rehabilitation. It was upon the motion for reconsideration filed by Sport International and the opposition by Fox Sports that the court addressed the issue of a corporation not registered with the

- 2 -

Puerto Rico Department of State filing a bankruptcy petition. The issue of the corporation filing for bankruptcy as not being registered in the Puerto Rico Department of State was critical because the reason for filing the bankruptcy petition was a judgment entered against a corporation which was not the filing corporation.

In view of the foregoing, the motion to dismiss is hereby denied. The petition is deemed to have been filed by the corporation duly registered in the Puerto Rico Department of State, that is, American Security Guards Services Inc, doing business as American Security Guards Inc. Such a conclusion inures to the benefit of the estate and creditors. Notwithstanding, in order to have a clear record of the intended filing, the court orders the debtor to file an amended petition with the correct corporate name within twenty (20) days from entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 17th day of August, 2007.

_____
ENRIQUE S. LAMOUTTE
U.S. Bankruptcy Judge

- 3 -